IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CITIZENS IN CHARGE, et al.
    Plaintiffs,

v().

JENNIFER BRUNNER, in her official
capacity as Ohio Secretary of State, et al.
    Defendants.

Case No. 2:10-cv-95

JUDGE EDMUND A. SARGUS, JR.

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

This matter is before the Court for consideration of Plaintiffs' application for a temporary restraining order. (Document 2.) Following a hearing on the record on February 8, 2010, the Court hereby **GRANTS IN PART** and **DENIES IN PART** Plaintiffs' application for a temporary restraining order. (Document 2.)

The Court **ORDERS** that, for a period of fourteen (14) days, Defendant Jennifer Brunner, in her official capacity as Ohio Secretary of State, is hereby enjoined from enforcing Ohio Revised Code § 3517.12(B) to the extent that it requires ballot committees to disclose any amounts payable to a circulator of its referendum petitions.

The Court finds provisionally in favor of Defendants as to Plaintiffs' application for a temporary restraining order enjoining the Secretary from making referendum petitions available to the public. However, in order to preserve appellate jurisdiction, the Court further **ORDERS** that Defendant Jennifer Brunner, in her official capacity as Ohio Secretary of State, and the various Boards of Election are hereby enjoined from making referendum petitions available to the public, under Ohio public records law or otherwise, for a period of ten (10) days. Following

this ten day period, the Secretary may disclose the petitions, unless otherwise ordered by the Court of Appeals for the Sixth Circuit or another court of competent jurisdiction.

The Court further **ORDERS** that Plaintiffs must post a bond of one hundred dollars ($100).

An opinion will follow.

**IT IS SO ORDERED.**

2-8-2020
**DATED**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**