IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CITIZENS IN CHARGE, et al.
    Plaintiffs,

v.

JENNIFER BRUNNER, in her official
capacity as Ohio Secretary of State, et al.
    Defendants.

Case No. 2:10-cv-95

JUDGE EDMUND A. SARGUS, JR.

## SUPERSEDING ORDER EXTENDING TEMPORARY RESTRAINING ORDER

This order replaces in its entirety the prior Order Extending Temporary Restraining Order filed today, February 17, 2010.

On February 8, 2010, the Court granted in part and denied in part Plaintiffs' application for a temporary restraining order, and ordered that, for a period of fourteen (14) days, Defendant Jennifer Brunner, in her official capacity as Ohio Secretary of State, was enjoined from enforcing Ohio Revised Code § 3517.12(B) to the extent that it requires ballot committees to disclose any amounts payable to a circulator of its referendum petitions. The above-described order is currently set to expire on February 22, 2010. Plaintiffs and Defendant Brunner have agreed to an extension of fourteen days. The Court hereby **ORDERS** that such temporary restraining order shall be extended by fourteen (14) days to March 8, 2010.

**IT IS SO ORDERED.**

2-17-2010
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE