AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**CITIZENS IN CHARGE, et al.,**
        **Plaintiffs,**

**vs.**
        **JUDGMENT IN A CIVIL CASE**

**JON HUSTED,**         **CASE NO. C2-08-1014**
**OHIO SECRETARY OF STATE,**         **JUDGE EDMUND A. SARGUS, JR.**
        **Defendant.**         **MAGISTRATE JUDGE E. PRESTON DEAVERS**


**CITIZENS IN CHARGE, et al.,**
        **Plaintiffs,**

**vs.**

**JON HUSTED,**         **CASE NO. C2-10-095**
**OHIO SECRETARY OF STATE,**         **JUDGE EDMUND A. SARGUS, JR.**
        **Defendant.**         **MAGISTRATE JUDGE E. PRESTON DEAVERS**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 19, 2011, JUDGMENT is hereby entered DISMISSING this consolidated case.**


Date: August 19, 2011         JAMES BONINI, CLERK


        /S/ Andy F. Quisumbing
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk